# EXHIBIT A

Unknown Female', '', '', 'McKee', 'Ky', '6064938321', '', 0, 0, 37.430364, -83.99798340000001, '2017-09-17 17:56:58', '2017-09-17 17:50:00', '2017-09-17 17:58:

00', '17-5554 /KSP Transfer/', NULL, '[17:36] female called and advised that troopers Scalf Townsley and Rowden she advised they pulled her husband over

lastnight and they are trying to fight her husband she advised Townsley pulled off his belt and threw it on the ground saying that he is trying to fight her

and when she tried to record it Scalf took her phone and would not give it back to her she advised she needs something done about them out here harassing her

husband--transferred her over to Post 7', '98', 'Yes', 1, 0, 0, '2017-09-17 17:58:40', NULL, 50),

Diana Muncy','1802 LEGER FORK RD', '', 'TYNER', 'Ky', '6064938321', '', 0, 0, 37.334466, -83.850729, '2017-09-17 19:02:32', '2017-09-17 18:36:00', '2017-09-17

19:08:00', '17-5555 /Assault//Sheriff/', NULL, '[18:00] female called and advised that she needs to report an assault that a state trooper done to her fiance

she advised that 3 state troopers, scalf, rowden and townsley came to her house and townsley tried to start a fight with her man she advised he took his belt

off and threw it down and slapped him in the face she said that  officer scalf took her phone as she was trying to record this happening and wouldnt give it

back to her--her fiance"s name is David Gabbard she said this is over a facebook post and they pulled him over yesterday\r\n\r\n[18:04] advised 102 of this

traffic he asked if i advised assault by a trooper i advised 10-4 thats what the caller said he advised he would see whats going on\r\n\r\n[18:41] 102 called

and advised that the supervisor of state police is taking care of this complaint\r\n\r\n also refers to CAD # 17-5554', '98', 'Yes', 1, 0, 2, '2017-09-17

19:08:47', '2017-09-17 19:07:00', 50),